# Exhibit 1

**From:** Kainoa Casco <kainoa@mauiland.com>
**To:** "Kadowaki, John (Kani)" <jkadowaki@calwater.com>
**Subject:** Re: Notes from Call on System Wide Scope
**Date:** Fri, 02 May 2025 14:27:55 -1000
**Attachments:** 2025_Full_Detailed_REV_(Draft)_KC.docx
**Inline-Images:** Outlook-A_black_ba.png; Outlook-A_black_ba(1).png

---

Kani,

Here's the notes from our meeting today based on your scope and our discussion.

Mahalo,

**Kainoa Casco** | *VP of Land Productivity & Asset Management*
MAUI LAND & PINEAPPLE COMPANY, INC. (NYSE: MLP)
808-385-7433 Direct
500 Office Road | Lahaina, HI 96761
mauiland.com

MAUI LAND
& PINEAPPLE COMPANY INC.

---

**From:** Kadowaki, John (Kani) <jkadowaki@calwater.com>
**Sent:** Friday, May 2, 2025 12:32 PM
**To:** Kainoa Casco <kainoa@mauiland.com>
**Subject:** Re: Notes from Call on System Wide Scope

Aloha Please see the attached for the most up to date drafts.

I'll see you soon.

Kani

---

**From:** Kainoa Casco <kainoa@mauiland.com>
**Sent:** Thursday, May 1, 2025 1:58 PM
**To:** Kadowaki, John (Kani) <jkadowaki@calwater.com>
**Subject:** Notes from Call on System Wide Scope

This is an EXTERNAL EMAIL. Stop and think before clicking a link or opening attachments.
Thanks Kani for the call.

Here's the notes.

- Change Gates & Security System Wide to Additional Services at $20,000
- Change Road Maintenance System Wide to Additional Services at $250,000
- Change all "Corrective Maintenance" or "Repairs" to Deferred Maintenance
- Kani zeroed out System Wide HWS/MLP $173k Basic Services then added numbers to each line previously marked with X
- All red text System Wide were exclusions with placeholder budgets. Kani to confirm/edit as needed

Mahalo,

**Kainoa Casco |** *VP of Land Productivity & Asset Management*
MAUI LAND & PINEAPPLE COMPANY, INC. (NYSE: MLP)
808-385-7433 Direct
500 Office Road | Lahaina, HI 96761
mauiland.com

MAUI LAND
& PINEAPPLE COMPANY INC.

**Ditch Maintenance**

**Scope of Work**

**2025 Draft**

**EXHIBIT B**

**Description of the Basic Services**

**Contractor shall provide operations and maintenance services for the Facilities identified in this Agreement and management of any subcontractors retained by Contractor for those purposes.**

**System and Utility maintenance will be performed in accordance with state and federal guidelines for operations of portions of a non-potable ditch system. Close attention shall be taken to meet all public health and compliance monitoring requirements specific to the Facilities. Contractor will be responsible for all communications, reporting, and submittal of information required by the United States Environmental Protection Agency (USEPA) and Hawaii Commission of Water Resources Management (CWRM).**

**Operational tasks will be performed by or with the direct supervision of a state certified distribution system operator in accordance with state and federal guidelines. When necessary Contractor shall be responsible for all scheduling, sampling and shipment of water samples to a State Certified Laboratory as required by Hawaii Commission of Water Resources Management (CWRM) or other regulatory agencies.**

**Maintenance tasks will be performed in accordance with the manufacturer specifications and at time intervals reasonably necessary to at all times keep the Facilities in good working order and condition for the intended uses of the Facilities. Should for any reason the manufacturer's operating and maintenance specification cannot be obtained, Contractor shall provide Owner with maintenance ~~and repair~~ recommendations regarding the maintenance of the specific assets. Incidents and emergency ~~repairs~~Maintenance are not Basic Services shall be managed by Contractor as described in Section 9 of the Agreement.**

**If following initial inspection of the Facilities by Contractor upon commencement of Contractor's performance under this Agreement the Facilities are not in "good working order" as more particularly represented by Owner pursuant to Section 6a.iv. of this Agreement, any work reasonably required to restore the Facilities to normal operations and good working order will be beyond the scope of Basic Services and may be performed by Contractor immediately without the requirement of preapproval of such services by Owner. Such work shall be performed and billed to Owner (and payable by Owner) at Contractor's fully allocated direct and indirect cost (including overhead) and expense plus a 15% mark-up ("Initial**

~~Repairs~~Deferred Maintenance").

Commented [KC1]: Changed any "repairs" language to maintenance or deferred maintenance
Kainoa Casco
2025-05-02 14:21:00

**The following sections outline the requirements for operating, maintaining, and servicing the Facilities. Contractor shall provide these and any other services to ensure that the Facilities are being operated in accordance with all applicable laws, permits, rules and regulations and in good working order and condition for the intended uses of the Facilities.**




## Intake & Discharge Structures

**DV770 (005)**
Routine Maintenance:
1. Clear minor debris, or obstructions from bar-screen. Aotaki Wier bar-screen only
2. Maintain bypass gate and siltation/debris removal up to 5' in front of gate
3. Maintain vegetation 10' around stream intake and bar-screen structure

Operations:
1. Inspect ditch isolation gates (Monthly)
2. Inspect bar-screen (Monthly)

**Taro Gate**

Routine Maintenance:
1. Clear rocks and debris in downstream stilling well & weir
2. Clear rocks, debris, or obstructions in gate
3. Clear rocks and debris from up-stream gate channel

Operations:
1. Read staff gauge (Monthly)
2. Adjust as needed to maintain IIFS

**Honolua Intake#3 (011)**
Routine Maintenance:
1. Keep down vegetation within fenced area and 5’ around
2. Keep ditch channel and overflow clear of minor debris and vegetation

Operations:
1. Ditch level checks
2. Status report update (Smartsheet)

**Intake #2 (009)**
Routine Maintenance:
1. Maintain vegetation at intake #2

Operations:
1. Daily ditch level checks
2. Monthly status report (Smartsheet)
3. Keep bar-screen & flow channel clear
4. Record staff-gauge reading

**Intake#1 (008)**
Routine Maintenance:
1. Maintain vegetation around intake #1

Operations:
1. Daily ditch level checks
2. Monthly status report
3. Keep bar-screen & flow channel clear
4. Record staff-gauge reading

**MDWS ditch monitor site (013)**
Routine Maintenance:
1. Maintain vegetation around parshall flume and channel area

Operations:
1. Read staff gauge (Daliy)
2. Inspect the overflow channel

**Yak Box intake structure (021)**
Routine Maintenance:

1. Keep vegetation clear around intake and road above intake area 20’ wide on road

Operations:
1. Record ditch level
2. Clear Bar-screen (monthly)
3. Inspect ditch Channel
4. Record staff-gauge reading
5. Read ditch intake meter

**Yak Box Screening area (0211)**
Routine Maintenance:
1. Keep down vegetation at screen box within the fence & 5’ around the fence

Operations:
1. Clean screen
2. Read flow meter (monthly)
3. Read MLP 6 non-potable distribution meters (monthly)

## Siphon Structures

**Honokahua siphon (006)**
Routine Maintenance:
1. Keep clean the trail up to and at the bar-screen structure on the west side and the tunnel entrance on the east side
2. Keep vegetation clear 10’ on both sides of siphon pipe (Bi-annual)
3. Maintain vegetation around siphon pipe (Annually)

Operations:
1. Clean Bar-screen monthly
2. Visually inspect siphon for leaks

**Meilepai siphon (012)**
Routine Maintenance:
1. Maintain vegetation at HK Siphon intake structure
2. Maintain vegetation at Siphon exit & ditch tunnel entrance
3. Keep vegetation clear 10’ on both sides of siphon pipe (Bi-annual)

Operations:
1. Clean Bar-screen monthly
2. Visually inspect siphon for leaks

## Access Roads ~~& Trails~~

**DITCH ONLY**
~~**Honokohau intake trail 2.9 miles (019)**~~
~~Routine Maintenance:~~
~~1. Weed / vegetation control from Aotake gate trail to maintenance shack.~~

~~2. Weed / vegetation / tree/ debris removal from maintenance shack to exit of 3rd tunnel (Monthly)~~
~~3. Weed / vegetation / tree / debris removal from entrance of 3rd tunnel to exit of 2nd tunnel (Monthly)~~
~~4. Weed I vegetation / tree / debris removal from entrance of 2nd tunnel to exit of 1st tunnel (Monthly)~~
~~5. Weed / vegetation control of primary access roads maintaining 20' wide path where applicable~~

**Honokohau Ditch #1 access road (004)**
Routine Maintenance:
1. Maintain vegetation from HWY to parking, keep vegetation clear along road ways @ 20' on roads & @ 10' on trails where feasible
2. Maintain Security gates from HWY to parking

~~**Honolua Ditch Trial (0111)**~~
~~Routine Maintenance:~~
~~1. Keep vegetation clear along marked area @ 20' on roads & @ 10' on trails where feasible~~

**Honolua Parking Area (0112)**
Routine Maintenance:
1. Keep down vegetation within the highlighted area

**Honolua intake#3 access road (0113)**
Routine Maintenance:
1. Keep vegetation clear along marked area @ 20' on roads & @ 10' on trails where feasible

**Honokahua South access road (0063)**
Routine Maintenance:
1. Keep vegetation clear along marked area @ 20' on roads & @ 10' on trails where feasible

**Honokahua North access road and trail (0061 & 0062)**
Routine Maintenance:
1. Keep vegetation clear along marked area @ 20' on roads & @ 10' on trails where feasible

**Yak Box access road (0211)**
Routine Maintenance:
1. Keep vegetation clear 20' wide for access

**Mailepai South access road (0121)**
Routine Maintenance:
1. Keep vegetation clear along marked area @ 20' on roads where possible

**Meilepai North access road (0121)**
Routine Maintenance:
1. Keep vegetation clear along marked area @ 20' on roads where possible

**WELLS ONLY**

**Intake#2 & Plantation Res. common access road (010)**
Routine Maintenance:
1. Keep vegetation clear along marked area @ 20' on roads & @ 10' on trails where feasible

**Honokahua North access road and trail (0061 & 0062)**
Routine Maintenance:
1. Keep vegetation clear along marked area @ 20' on roads & @ 10' on trails where feasible

**COMMON OR SHARED ACCESS**
**Intake#2 & Plantation Res. common access road (010)**
Routine Maintenance:
1. Keep vegetation clear along marked area @ 20' on roads & @ 10' on trails where feasible

**Honokahua South access road (0063)**
Routine Maintenance:
1. Keep vegetation clear along marked area @ 20' on roads & @ 10' on trails where feasible

**Honokahua Siphon & Village common access road**
Routine Maintenance:
1. Keep vegetation clear along marked area @ 20' on roads & @ 10' on trails where feasible

**Village common access road (0201)**
Routine Maintenance:
1. Keep vegetation clear 20' wide for access

**Yak Box common access road (0213)**
Routine Maintenance:
1. Keep vegetation clear 20' wide for access

**Yak Box access road (0211)**
Routine Maintenance:
1. Keep vegetation clear 20' wide for access

**Yak Box Screen access trail (0212)**
Routine Maintenance:
1. Keep vegetation clear 20' wide for access

**Yak Box common access road (0213)**
Routine Maintenance:
1. Keep vegetation clear 20' wide for access

**Mailepai South access road (0121)**
Routine Maintenance:
1. Keep vegetation clear along marked area @ 20' on roads where possible

**Meilepai North access road (0121)**
Routine Maintenance:
1. Keep vegetation clear along marked area @ 20' on roads where possible

**~~Melipai~~ Mailepai siphon Common access (east)**
Routine Maintenance:
1. Keep vegetation clear 20' wide for access

**Mailepai ~~Melipai~~ common access road**
Routine Maintenance:
1. Keep vegetation clear 20' wide for access

**Mailepai ~~Melipai~~ to MDWS intake access road**
Routine Maintenance:
1. Keep vegetation clear 20' wide for access

**Reservoir 14 upper & middle access road**
Routine Maintenance:
1. Keep vegetation clear 20' wide for access

**Rain Catchment Reservoir access road**
Routine Maintenance:
1. Keep vegetation clear 20' wide for access

**Commented [KC2]:** Move to additional services along with anything else with reservoirs 14-17
Kainoa Casco
2025-05-02 14:10:00

## ~~Tunnels~~Access Trails

**Honokohau intake trail 2.9 miles (019)**
Routine Maintenance:
1. Weed / vegetation control from Aotake gate trail to maintenance shack.
2. Weed / vegetation / tree/ debris removal from maintenance shack to exit of 3rd tunnel (Monthly)
3. Weed / vegetation / tree / debris removal from entrance of 3rd tunnel to exit of 2nd tunnel (Monthly)
4. Weed I vegetation / tree / debris removal from entrance of 2nd tunnel to exit of 1st tunnel (Monthly)
5. Weed / vegetation control of primary access roads maintaining 20' wide path where applicable

**Honolua Ditch Trail (0111)**
Routine Maintenance:
1. Keep vegetation clear along marked area @ 20' on roads & @ 10' on trails where feasible

**Yak Box Screen access trail (0212)**
Routine Maintenance:
1. Keep vegetation clear 20' wide for access

**Tunnel #1**
Routine Maintenance:
1. Clear rocks, vegetation, & minor landslide debris, at tunnel entrance & exit
2. Maintain vegetation on trial from Taro Gate to T#1

**Tunnel #2**
Routine Maintenance:

Clear rocks, vegetation, & minor landslide debris, at tunnel entrance & exit

**Tunnel #3**
Routine Maintenance:
Clear rocks, vegetation, & minor landslide debris, at tunnel entrance & exit

## ~~Bridge~~

**Bridge#1**
Routine Maintenance:
Bridge and staircase preventative maintain and inspecting to ensure passage

**Bridge#2**
Routine Maintenance:
Bridge preventative maintain and inspecting to ensure passage

## General Ditch Activity

**Honokohau Cabin & LZ**
Routine Maintenance:
Maintain vegetation at LZ
Maintain vegetation 30' around cabin

**Honokohau Ditch#1 & 2 (011)**
Routine Maintenance:
Annual in ditch inspection and cleaning of ditch channel

**Honokohau Ditch #3 (007)**
Routine Maintenance:
Annual in ditch inspection and cleaning of ditch channel

**Honokohau Ditch#4 (007)**
Routine Maintenance:
Annual in ditch inspection and cleaning of ditch channel

**Honokohau Ditch Data Collection:**
Routine Maintenance:
Gather / download data, collect staff gauge readings bi-weekly / time at selected sites, and monthly meter readings and compile all information gathered into an Excel spreadsheet or similar program and submit to HWS operations

**Development Tunnels**
Routine Maintenance:
2 times per quarterly development tunnel & diversion Inspections (x2 helicopter travel)

**Ditch basin after MDWS (0131)**
Routine Maintenance:
1. Keep the vegetation clear within basin

## Reservoirs

**Commented [KC3]:** Move all reservoirs besides village and plantation to Additional Services
Kainoa Casco
2025-05-02 13:56:00

**Plantation Reservoir (014 & 0141)**
Routine Maintenance:
1. Keep down vegetation within the reservoir fenced area and liner, keep low and accessible
2. Keep down vegetation within fenced area of inlet & outlet
3. Keep down vegetation between the perimeter road and reservoir fence including dam face

Operations:
1. Daily reservoir level checks
2. Monthly overflow inspections
3. Monthly fencing and gate inspection
4. Monthly safety line and safety ring inspection
5. Monthly status report
6. Inspect inlet Cla-Val & float for proper operations
7. Inspect overflow infrastructure

**Village Reservoir (020)**
Routine Maintenance:
1. Keep down vegetation within the reservoir area between chained perimeter & pond liner
2. Keep down vegetation within fenced area of outlet + 5' around
3. Keep down vegetation between the perimeter pathway/trail and reservoir chain perimeter

Operations:
1. Weekly reservoir level checks
2. Monthly overflow inspections
3. Monthly fencing and gate inspection
4. Monthly safety line and safety ring inspection
5. Monthly status report
6. Inspect inlet Cla-Val & float for proper operations
7. Inspect overflow infrastructure

**Middle 14**
Routine Maintenance:
1. Keep vegetation down inside and 10' around the reservoir fence
2. Keep vegetation down from top of dam to bottom toe of dam
3. Maintain reservoir perimeter fence, entry gates, and signage
4. Inspect reservoir infrastructure

**Upper 14**
Routine Maintenance:
1. Keep vegetation down inside and 10' around the reservoir fence
2. Keep vegetation down from top of dam to bottom toe of dam
3. Maintain reservoir perimeter fence, entry gates, and signage
4. Inspect reservoir infrastructure
5. Inspect downstream PSI gauges and PRV
6. Fill the reservoir as needed
7. Attin and provide information for Dam inspection with DLNR (Annually)
8. Maintain reservoir safety escape lines and floatation devices
7. Inspect overflow infrastructure

**Reservoir 16**
Routine Maintenance:

**Commented [KC4]:** Move to additional services
Kainoa Casco
2025-05-02 14:13:00

1. Maintain reservoir perimeter area, entry gates, and signage
2. Maintain reservoir safety escape lines and floatation devices
3. Maintain vegetation around reservoir
4. Maintain vegetation on lower Dam face
5. Inspect overflow infrastructure

**Reservoir 17**
Routine Maintenance:
1. Maintain reservoir perimeter area, entry gates, and signage
2. Maintain reservoir safety escape lines and floatation devices
3. Maintain vegetation around reservoir
4. Maintain vegetation on lower Dam face
5. Inspect overflow infrastructure

**Rain Catchment Reservoir**
Routine Maintenance:
1. Maintain reservoir perimeter fence, entry gates, and signage
2. Maintain reservoir safety escape lines and floatation devices
3. Maintain vegetation around reservoir
4. Maintain vegetation on lower Dam face
5. Inspect overflow channel

**Reservoir 140**
Routine Maintenance:
1. Maintain reservoir perimeter fence, entry gates, and signage
2. Maintain reservoir safety escape lines and floatation devices
3. Maintain vegetation around reservoir
4. Maintain vegetation on lower Dam face
5. Inspect overflow channel
6. Inspect intake structure

**Field #28 Reservoir**
Routine Maintenance:
1. Maintain reservoir perimeter fence, entry gates, and signage
2. Maintain reservoir safety escape lines and floatation devices
3. Maintain vegetation around reservoir
4. Maintain vegetation on lower Dam face
5. Inspect overflow channel

**Field #55 Reservoir**
Routine Maintenance:
1. Maintain reservoir perimeter fence, entry gates, and signage
2. Maintain reservoir safety escape lines and floatation devices
3. Maintain vegetation around reservoir
4. Maintain vegetation on lower Dam face
5. Inspect overflow channel

**Note the following Items Are Not Included in Basic Services:**

• ~~Repair~~ Maintain and replacement of failed equipment or infrastructure.
• Road ~~repair~~maintenance due to landslides or washout on roadway leading to ditch infrastructure.
• Inventory of replacement components.
• After-hours emergency call outs or service calls in addition to routine inspections
• The water system may be incrementally expanded or improved to meet the needs of the Owner's development. Owner and Contractor will negotiate additional service fees based upon the additional man hours required to service the expansion if necessary.
• Increased costs to ~~repair~~maintain damage to roadways, trails, or infrastructure due to storm events
• Initial cleaning.
• Structural inspection, Structural maintenance, or ~~repair~~maintenance of the connecting water conduits
(whether tunnels, siphons, ditches or otherwise).

**EXHIBIT C**

**Base Fee**

**Schedule of Values (SOV):** The SOV for the contract shall be reflected as follows and all invoiced sent to MLP shall be broken down according to the SOV.

| SOV Line Item # | 2025 Cost Forecast Details | Basic Services | Additional Services | Total 2025 |
|---|---|---|---|---|
| 1 | Intake/Diversion Maintenance | $ 32,400 | $ - | **$ 32,400** |
| 2 | Ditch Maintenance | $ 313,150 | $ 200,000 | **$ 513,150** |
| 3 | Reservoir Maintenance | $ 122,400 | $ 178,200 | **$ 300,600** |
| 4 | Siphon Maintenance | $ 67,600 | $ - | **$ 67,600** |
| 5 | Road Maintenance | $ 483,200 | $ 310,000 | **$ 793,200** |
| 5 | Trail Maintenance | $ 92,800 | $ 45,000 | **$ 137,800** |
| **Total** | | **$ 1,111,550** | **$ 733,200** | **$ 1,844,750** |

1. **Monthly Fee:** $92,629 plus Hawaii general excise tax for the Initial Term; provided that Contractor and Owner shall meet and confer at least ninety (90) days prior to the Initial Term Expiration regarding an increase in the Monthly Fee; and further provided that upon the filing of the notice of intent (NOI) to file a rate case, whether by Contractor or Owner, that Contractor shall be paid a Monthly Fee that reflects it actual costs and appropriate markup.

2. **Consumables:** Billed at actual cost plus a 15% handling fee.

3. **Laboratory and shipping:** billed at actual cost plus a 15% handling fee.

Annual Adjustment of Base Fee: For the Initial Term and all subsequent renewals, the Base Fee, as may be increased pursuant to the terms of this Agreement, shall be increased annually on each anniversary of the Effective Date by the lesser of

(a) three percent (3%), or

(b) the greater of two percent (2%) of a percentage equal to the percentage increase
over the preceding twelve months in the Consumer Price Index for All Urban Consumers (CPIU) for
Honolulu published by the U.S. Department of Labor – Bureau of Labor Statistics (1982-84=100)
(“CPI”). If such CPI index is discontinued Contractor shall have the right to reasonably designate an
alternative index of inflation.

Each annual adjustment shall be cumulative through the term of this Agreement.

**Commented [KC5]:** New
Kainoa Casco
2025-05-02 14:23:00

**Commented [KC6R5]:** Need to replace the table once final calcs/scope is done
Kainoa Casco
2025-05-02 14:25:00

**Commented [KC7]:** Update if needed
Kainoa Casco
2025-05-02 14:23:00

## EXHIBIT D

### Additional Services

Additional Services, including but not limited to, minor ~~repairs~~maintenance below the amount of $1,500 and
those requested by Owner pursuant to Section 3.b, will be billed to the Owner at completion of the project or at the end of each month as Additional Services. The costs for these services will be at Contractor's fully allocated direct and indirect costs and expenses (including overhead), plus a 15% markup for all such costs and expenses, including labor.

Additional Services in excess of including but not limited to, major ~~repairs~~maintenance above the amount of
$5,000 not specifically requested by Owner will be addressed as follows. Contractor will submit cost estimates via email to the Owner for approval prior to the start of work. If Owner does not respond within 48 hours, Contractor will commence such Additional Service work. Owner will be billed for such work as provided above.

Additional Services may include, but are not limited to:

1.) Road maintenance.
2.) Housekeeping of and Radio Transmitter Unit (RTU) cabinet.
3.) ~~Corrective m~~Maintenance of screening structure for intake and outtake
4.) Initial ~~Repairs~~Deferred Maintenance.

Recommended annual budgets for Ditch Assets: (Additional Services – Other)

- Landslides (Trail) $20k
- Landslides (Roads) $20k
- Down tree removal (Trail) $10K
- Down tree removal (Road $10K
- Access Road Ground ~~Repairs~~Maintenance (Roads) $20k
- Security Fence (Ditch) $10k
- Gate ~~Repairs~~Maintenance (Trail) $10k
- Bar-screen and intake ~~Repairs~~Maintenance (Ditch) $10k
- After hours & emergency callouts (Ditch) $10K
- Parts & supplies inventory (Ditch) $10k
- Increment system upgrades (Ditch) $20k
- Leak investigation (Ditch) $15k
- Unplanned ditch intake inspections and low water adjustments (Ditch) $50k

**Total = $145k**

Recommended initial cleaning and deferred maintenance budgets for 2025:

- D770 Aotaki Wier dredging $40k
- Taro Gate dredging $10k
- Bridge ~~Repair~~Maintenance $35k
- Tunnel Gate ~~repairs~~Maintenance $10k
- Ditch #1 road ~~repair~~Maintenance $30k
- Honolua intake access road vegetation removal $15k

- Honolua intake Initial vegetation removal $30k
- Honolua intake bridge ~~repair~~Maintenance $30k
- Honolua intake fence ~~repair~~Maintenance $20k
- Intake #2 & access road vegetation removal $10k
- Intake #1 & access road vegetation removal $15k
- Honokahua Siphon bar-screen access vegetation removal $10k
- Honokahua Siphon access roads $50k
- Mailepa/Kahana Siphon Security fence ~~repair~~Maintenance $15k
- Mailepa/Kahana Siphon Access Road $20k
- Village Reservoir vegetation removal $25k
- Village Reservoir access Road $25k
- New intake and tanks vegetation removal $25k
- Reservoir 17 vegetation removal $35k
- Reservoir 140 vegetation removal $20k
- Reservoir 140 Infrastructure ~~repairs~~Maintenance $35k
- Yak box access road vegetation removal $15k

**Total = $453k**

The Contractor shall maintain an inventory of tools, equipment, materials and supplies necessary to meet normal operations and maintenance requirements. The Owner will be billed for any parts or consumable used at a markup of 15% as set forth in Exhibit C.

When Additional Services are performed, the following rates apply. These will be adjusted annually based on actual labor rates adjusted by the Contractor and the changes to rates will be communicated to the Owner. Regular work hours will be defined as Monday through Friday from 7am to 3:30pm. Any work performed outside of the defined "Regular Work Hours" will be consider "off-hours" and will be subject to overtime labor rates set forth below.

**HWSC COMPENSATION SCHEDULE**

| HWSC Personnel Hourly Rate |
|---|
| Utility Worker $50.00 |
| Utility Operator $80.00 |
| Superintendent $110.00 |
| Accounting Manager $105.00 |
| Manager $125.00 |

Overtime will be at 1 ½ times the hourly rate after 8 hours of continuous work. Double-time will be at 2 times the rate after 12 hours of continuous work.