# Exhibit 2

MAUI LAND
& PINEAPPLE COMPANY INC.

October 23, 2024

Alex Nakajima
Kapalua Golf and Tennis
2000 Plantation Club Drive
Lahaina, Hawaii 96761

Re: Notice of Rate Adjustment – Agreements for Water Delivery

Dear Alex:

This letter responds to your September 24, 2024, letter requesting additional information relative to my September 12 notice of an increase in the rate for delivery of surface water for irrigation of the Kapalua golf courses and golf academy. While we believe that my September 12 letter met the notice and information requirements of our Water Delivery Agreements with TY Management Corporation we are happy to provide this additional information.

As background to the timing and methodology of the water system rate adjustments, in August 2024, our water system operator, Hawaii Water Service, provided an updated cost estimate for the forthcoming year. Their forecasted cost increased over 60%, and most importantly, they noted significant scope of work which they would not provide and would need to be contracted to others. This material increase in cost from the system's primary contractor required that we perform a complete analysis of the system and the required scope of operation and maintenance which would best ensure the system's operation, capacity, reliability, and future availability. The scope of work for 2024-2025 includes, but is not limited to, water system access/road maintenance, periodic engineering inspections, gates and security maintenance, transportation of staff and equipment to/from the water system, required equipment/supplies, vegetation control and ungulate management, and other costs.

Note that costs will be monitored during 2024 and if there are additional material changes, MLP will provide further rate adjustment accordingly.

Below is a table outlining the 2024-2025 water system cost forecast, along with an abbreviated narrative summary of each cost item:

| **10/2024 - 10/2025 Cost Forecast for Operation and Maintenance of Water System (O&M)** | **Potable Sub-System (Kapalua Wells)** | **Non-Potable Water System (Honokohau Ditch)** | **Total** |
|---|---|---|---|
| Intake/Diversion Maintenance | $0 | $80,000 | $80,000 |
| Ditch Maintenace | $0 | $150,000 | $150,000 |
| Reservoir Maintenance | $0 | $75,000 | $75,000 |
| Siphon Maintenance | $0 | $75,000 | $75,000 |
| Road Maintenance | $120,000 | $300,000 | $420,000 |
| Trail Maintenance | $0 | $250,000 | $250,000 |
| Gate Maintenance and other security | $50,000 | $150,000 | $200,000 |
| Transportation | $0 | $60,000 | $60,000 |
| Equipment, Supplies, Fuel, Testing | $20,000 | $40,000 | $60,000 |
| Upstream Vegetation and Ungulate management | $230,000 | $230,000 | $460,000 |
| Depreciation | $31,200 | $61,800 | $93,000 |
| Water System Insurance | $16,200 | $32,500 | $48,700 |
| Legal Services | $25,000 | $50,000 | $75,000 |
| Professional Services | $10,000 | $50,000 | $60,000 |
| License Fees & Permitting | $10,000 | $10,000 | $20,000 |
| Honokohau Valley and Stream operations | $5,000 | $30,000 | $35,000 |
| Electricity - HECO Charges | $380,000 | $0 | $380,000 |
| MLP Administration (G&A) | $50,000 | $150,000 | $200,000 |
| **Total Projected Water System O&M Costs** | **$947,400** | **$1,794,300** | **$2,741,700** |
| Repair Cost Estimate (not applicable to Golf Course Agreements) | $94,740 | $179,430 | $274,170 |
| **Total Projected Water System O&M Costs, including Repairs** | **$1,042,140** | **$1,973,730** | **$3,015,870** |

| **10/2024 - 10/2025 Cost for Capital Improvements to Water Systems (CIP)** | **Potable Sub-System (Kapalua Wells)** | **Non-Potable Sub-System (Honokohau Ditch)** | **Total** |
|---|---|---|---|
| Wells | $1,110,000 | $0 | **$1,110,000** |
| Intake/Diversion | $0 | $500,000 | **$500,000** |
| Ditch | $0 | $0 | **$0** |
| Reservoirs | $0 | $150,000 | **$150,000** |
| **Net Total Projected Water System CIP Costs** | **$1,110,000** | **$650,000** | **$1,760,000** |

- *Intake/Diversion Maintenance – Honokohau valley intake. Accessed via 4x4 over 3 miles each way plus hiking trail over 2 miles each way. Maintain vegetation around stream intake structure, inspections of ditch diversion, isolation gates, inspections of bar-screen. Clear minor debris, or obstructions from bar-screen. Maintain bypass gate and siltation/debris removal. Maintain vegetation and rock walls upstream of bar-screen to prevent clogging. Ongoing documentation and coordination with CWRM to ensure compliance with IIFS.*
- *Ditch Maintenance - Includes ~7 miles of ditch system comprised of tunnels, intakes, siphons, and open ditch. Accessed via ~18 miles of offroad vehicular travel and over 2 miles of trails. Annual in-ditch cleaning, inspection, and reporting. Twice per quarter development tunnel & diversion inspections (x2 helicopter travel). Maintenance (i.e. clearing rocks, vegetation, minor landslide debris, etc.) at 10 key locations (intakes, gates, tunnel openings, etc.) along the ditch. Read staff gauges (monthly). Adjust gates and system as needed (potentially high frequency) to meet IIFS. Monthly inspections of infrastructure. Daily cleaning of bar screens. Monthly meter readings.*
- *Reservoir Maintenance - Two (2) reservoirs are actively maintained as part of the water system. Maintain reservoir water safety escape lines and floatation devices. Maintain vegetation around reservoirs, access routes, appurtenant infrastructure, lower dam face, and around reservoir piping (monthly). Inspect*

*overflow channels (monthly), inspect intake structures (monthly) and read reservoir inlet meters (monthly). Attain and provide information for Dam Safety office with DLNR (annually). Clear bar-screens (as-needed), inspect overflow channel (monthly), inspect inlet system components (valves, etc.) & float control unit in stilling well (quarterly). Read non-potable flow meters (monthly).*

- *Siphon Maintenance - There are two siphons that carry water down steep valley walls and across to the other side of the valley. Maintenance includes vegetation management at siphon intake structures, siphon exits & ditch tunnel entrances. Inspect bar-screens (monthly) and clear bar-screen (as-needed). Inspect ditch channel for rocks & debris. Vegetation management around siphon pipe across valley walls and on bottom of valley (annually). Following inspections, increased maintenance to siphon components (concrete, metal piping), may be required.*
- *Road Maintenance – operation of the water system requires ongoing access to numerous key components, via approximately 18 miles of unpaved roads. Maintenance includes but not limited to vegetation management at parking areas at base of at trailheads and other key infrastructure locations, such as the Honokohau trailhead that starts ~3.5 miles up mauka at the base of the conservation lands, vegetation management from highway to trail heads and other key infrastructure locations (i.e. siphons, intakes, reservoirs, etc.).*
- *Trail Maintenance - There are over 2 miles of trails and tunnels spread across the system that must be maintained by hand and often in difficult to access and dangerous terrain that are used to maintain the system. Maintenance includes vegetation control on and around trails, clearing debris by hand, maintaining bridges and staircases to ensure safe passage, maintaining tunnel security gates and locks.*
- *Gate Maintenance and other security – Approximately 10 locations for critical security controls, cameras, and signage maintenance to secure critical infrastructure.*
- *Transportation - Estimated 2 helicopter flights per month for inspection, repairs, and maintenance. Annual costs of necessary equipment use for vehicles and UTVs.*
- *Equipment, Supplies, Fuel, Testing - Various supplies utilized for operation and maintenance according to best practice, IIFS, and state requirements. This includes inspection, servicing, communications, PPE, and maintenance for gauge stations, metering, and other items needed at various points of the system.*
- *Upstream Vegetation and Ungulate management – The Honokohau ditch system is only allowed to provide water to County, TY, HWS, and other ditch users if the water flow over MacDonald dam is in excess of 8.6MGD (13.3CFS). In order to achieve this, and to make water available to the users noted, the system relies on rainfall, surface water drainage, and groundwater contribution via springs and development tunnels located above the dam. This requires the ongoing operation and maintenance of the collection system upstream of the intake. Activities include maintaining miles of fencing across mountainous terrain, to prevent ungulate damage which would reduce water availability and increase turbidity. Invasive species, both flora and fauna, must be managed and removed.*

- *Depreciation – Ongoing depreciation costs of water system components.*
- *Water System Insurance - Insurance required for operations and management of system.*
- *Legal Services - Legal services for IIFS management, CWRM EUPA, water agreement management, and other ongoing legal needs.*
- *Professional Services - Data collection, research, engineering, analysis, and system recommendations.*
- *License Fees & Permitting - Estimate for ongoing permitting costs.*
- *Honokohau Valley and Stream operations - Various expenses related to engagement of key stakeholders in Honokohau valley, subject of the IIFS which requires ongoing water flow in the valley, and maintenance items such as roads and trails related to the IIFS.*
- *Electricity - HECO Charges - Prior years electricity costs plus 5% increase for rate adjustments. Note this is not applicable to the Honokohau Ditch system and is allocated to the potable system.*
- *MLP Administration (G&A) – Currently, 10 MLP team members contribute to the water system operations ranging from 2%-30% of their time for the ditch system. These tasks include general oversight of the water system, active management, financial oversight, billing, internal and external engagement, strategy and planning, and system operations.*

Your September 24 letter asserts that we have not complied with the terms of our Water Delivery Agreements in a number of respects. We do not agree with those assertions. We also note that since the time of those agreements there have been extraordinary natural events and regulatory actions and proceedings by the Commission on Water Resource Management that have materially impacted the operation of our surface water collection, transmission and delivery system, all of which must be taken into account in applying our agreements now.

With that said, we offer additional information below in response to various requests in your letter, which for convenience we restate before providing our responses in red text:

*While MLP provided a list of the projected costs of operating and maintaining the Water System, it did not show how the proposed rate of $2.45 per 1,000 gallon of consumption was calculated. In order to determine if the rate calculation is correct, MLP needs to provide TY with its estimate of the amount of the irrigation water it expects to provide to each of the users of nonpotable water listed in the Water Agreements along with information regarding the income that MLP will receive from each of those users based on the amount of water expected to be supplied to each of those other users for such twelve-month period.*

Please see the table below which outlines the estimated amount of water expected to be provided to each user, along with the rates and their allowed adjustments for each user, and the resulting income that MLP expects to receive to cover the costs of operating the water system(s).

| Projected Water Usage, Rates, and Revenues | Projected 2024-2025 usage | | 2024-2025 Rate w/CPI ($/kgal) as of 10/1/24 | 2024-2025 Water Purchase Cost before adjustment | Added Rate Adjustments required to cover Projected 2024-2025 O&M | Added Rate Adjustments required to cover Projected 2024-2025 Repairs | 2024-2025 Rate adjusted ($/kgal) where allowed to include additional O&M&R | 2024-2025 Water Purchase Cost after adjustment |
|---|---|---|---|---|---|---|---|---|
| Hawaii Water Service - Well Water for Domestic Use in Kapalua | 180,000,000 | | $ 2.99 | $ 537,390 | $ 2.18 | $ 0.53 | **$ 5.69** | $ 1,024,343 |
| County of Maui - Well Water for Domestic Use in Honokohau | 6,000,000 | | $ 2.97 | $ 17,797 | $ - | $ - | **$ 2.97** | $ 17,797 |
| County of Maui - Surface Water for Potable/Domestic Use | | 410,000,000 | $ 0.30 | $ 121,196 | $ - | $ - | **$ 0.30** | $ 121,196 |
| Hawaii Water Service - Surface Water for Fire Suppression and Irrigation | | 450,000,000 | $ 0.30 | $ 134,910 | $ 1.96 | $ 0.39 | **$ 2.65** | $ 1,194,242 |
| TY Management - Surface Water for Golf Course | | 257,000,000 | $ 0.49 | $ 124,825 | $ 1.96 | $ - | **$ 2.45** | $ 629,574 |
| Other MLP Agricultural Irrigation tenants | | 10,000,000 | $ 0.52 | $ 5,177 | $ 1.96 | $ 0.39 | **$ 2.87** | $ 28,718 |
| **Total Gallons** | **186,000,000** | **1,127,000,000** | | **$ 941,295** | | | | **$ 3,015,870** |
| | | | | | | | | |
| **Projected Revenue by System before rate adjustmenets** | **$555,187** | **$386,108** | | | | | | |
| **Projected Cost Overrun from Water System O&M (before rate adjustments)** | **($392,213)** | **($1,408,192)** | | | | | | |
| **Projected Cost Overrun from Water System O&M&R (before rate adjustments)** | **($486,953)** | **($1,587,622)** | | | | | | |
| | | | | | | | | |
| **Budgeted 2024-2025 MLP Water System Profit/(Loss) from O&M&R** | **$0** | **$0** | | | | | | |
| **Budgeted 2024-2025 MLP Water System Profit/(Loss) including Net CIP costs** | **($1,110,000)** | **($650,000)** | | | | | | |

*MLP has not provided reasonably sufficient information regarding how the line items comprising the projected costs were calculated. This information should include, among other things, copies of contracts or other agreements with third parties providing the listed services and backup for any of MLP's internal costs it is seeking to recoup. In addition to providing the additional vendor information, in order to justify charges for any work to be completed by MLP personnel included in the list of expense items MLP should provide TY with information regarding the compensation paid to each MLP employee and the estimated number and percentage of hours that each such employee must spend working on the Water System for any the work to be performed by MLP personnel.*

MLP provided reasonably detailed information, including individual budget line items for the forthcoming annual budget. If more information is desired, please see the additional information provided above. MLP will not be providing TY the compensation paid to each employee.

*Each of the Water Agreement prohibits MLP from including "the cost of any capital improvements, replacements or repairs" in determining the rate to be charged for irrigation water from the MLP Water System. In reviewing the list of project costs included in the MLP letter, it appears that many of the larger cost items may in fact be capital improvements, repairs or replacements including Ditch Maintenance ($150,000), Reservoir Maintenance ($75,000), Siphon Maintenance ($75,000), Road Maintenance ($300,000), Trail Maintenance ($250,000), and Gate Maintenance ($150,000). A determination of whether these project costs are in fact excluded under the Water Agreements will require that MLP provide the detailed plans and specifications for the work included in each of those line items.*

Please see the information provided above, which separately includes the cost estimates related to repairs and capital improvements (CIP). Per the TY Agreements, MLP did not include these costs in the rate calculation for TY.

*MLP does not appear to have allocated the estimated operating and maintenance costs among all current users of the Water System which, according to the Water Agreements, include MLP's plantation agricultural use and the non-potable water system used for the Kapalua Resort. Other users may include MLP's existing commitments to the Ulupono Sustainable Agricultural Development, LLC, the County of Maui Department of Water Supply and a further commitment to the County of Maui Department of Water Supply in order to serve the proposed Pulelehua development adjacent to the West Maui Airport.*

Please see the table included, which allocates costs to all users based on the specific terms of their agreements.

*MLP has not shown that the projected costs listed in its letter have materially increased over the cost for the same line items when the Water Delivery Agreements were entered into.*

Please see first page of this letter.

*MLP has not provided any information regarding the basis for the 5% payment to the Hawaii Water Service Company or confirmation that HWSC has been authorized by the Hawaii Public Utilities Commission to collect the 5% charge from MLP.*

Please see the appropriate section below from MLP's water delivery agreement to HWS.

**11.** **Transport of Water**. Water Company agrees to accept water from the Ditch System and transmit that water, less transmission, evaporation and other operational losses, through the Non-Potable System to the Golf Facilities. Notwithstanding the foregoing, Water Company's obligation to deliver water to the Golf Facilities shall remain in effect only so long as MLP's delivery agreements with the owner or Golf Facilities remain in effect or as otherwise provided below.

(a) As consideration for use of the Non-Potable Water System, MLP will pay Water Company a fee for such use of the Non-Potable System equal to five percent (5%) of the following amount: (x) the total number of gallons of water received by Water Company at the Delivery Point for transport to the Golf Facilities multiplied by (y) the amount per gallon MLP invoices the Golf Facilities for delivered water ( x × y), to which shall be added an amount sufficient to receive such amount net of any applicable Hawaii general excise tax and public service company tax (collectively "Pipe Fee"). No deduction or offset for water losses within the Non-Potable System shall be in included in the Pipe Fee payments to Water Company.

(b) Water Company shall assess the Pipe Fee for each calendar month by the 15th calendar day of the following month. MLP shall pay the Water Company invoice in full within 20 calendar days. HWSC shall have the right, without liability, to suspend transport of water pursuant to this section so long as the amounts remain unpaid.

(c) All water delivered under this Section 11 shall not be subject to the water delivery charges set forth in Section 2 above and shall be delivered in accordance with the specifications in Exhibit B attached hereto and incorporated herein.

(d) Water Company's obligations to deliver water to the Golf Facilities shall terminate on October 1, 2070.

I would be happy to meet and discuss any questions you may have about this information.

Sincerely,

Maui Land & Pineapple Company, Inc.

Race Randle
Chief Executive Officer